UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---

**IN RE SYNGENTA MASS TORT ACTIONS**

**Judge David R. Herndon**

**This Document Relates to:**

*Tweet, et. al. v. Syngenta AG et al.* No. 3:16-cv-00255-DRH

**ORDER GRANTING CONSENT MOTION TO DISMISS AND STIPULATION FOR THE DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST LOUIS DREYFUS COMPANY BV**

Louis Dreyfus Company BV ("LDC BV")[1] and plaintiffs stipulate that the reasoning behind the Court's dismissal of claims against Cargill, ADM, Bunge, and Louis Dreyfus Company LLC would apply equally to LDC BV, as plaintiffs make the same substantive allegations with respect to LDC BV's conduct as with conduct by Cargill, ADM, Bunge, and Louis Dreyfus Company. Therefore, plaintiffs' claims against LDC BV are DISMISSED ON THE MERITS WITH PREJUDICE for the reasons stated in the Court's January 4, 2017 dismissal order (Doc. 185).

Notwithstanding the stipulation of dismissal and this Order, plaintiffs preserve all rights that they may have for attempting to challenge the Court's dismissal order, and plaintiffs preserve their rights to similarly challenge the

---

[1] LDC BV was previously known as Louis Dreyfus Commodities BV.

1

dismissal of LDC BV. LDC BV preserves all defenses that it may have to the Third Amended Consolidated Complaint including but not limited to those related to personal jurisdiction and those set forth in the Motion to Dismiss plaintiff's Third Amended Consolidated Complaint (Doc. 138).

SO ORDERED THIS 30th day of MARCH, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.03.30 09:41:50 -05'00'

_____
DAVID R. HERNDON
United States District Judge