UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE SYNGENTA ACTIONS

**This Document Relates To:**

*Tweet et al. v. Syngenta AG et al.*,
No. 3:16-cv-00255-DRH

Judge David R. Herndon

## ORDER GRANTING JOINT MOTION TO STAY
## PENDING EXECUTION OF SETTLEMENT AGREEMENTS

Upon consideration of the parties' Joint Motion to Stay Pending Execution of Settlement Agreements, the entire record herein, and for good cause shown, it is hereby ORDERED that all deadlines in this matter as to Plaintiffs' claims against Syngenta are hereby STAYED until further Order of this Court.

**IT IS SO ORDERED.**

Judge Herndon
2017.10.25
15:55:40 -05'00'

United States District Judge