IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------

**IN RE SYNGENTA MASS TORT ACTIONS**

-------------------------------------------------------------

**Judge David R. Herndon**

**This Document Relates to:**
*Poletti, et al. v. Syngenta AG, et al.*
No. 3:15-cv-01221-DRH

*and*

*Tweet et al. v. Syngenta AG et al.*
No. 3:16-cv-00255-DRH

## ORDER SETTING SETTLEMENT STATUS CONFERENCE

Several lawsuits have been filed in multiple federal and state courts arising from Syngenta's development and sale of corn seeds containing genetically modified traits known as MIR 162 and Event 5307 before China's approval to import corn with those traits. These include:

- The multidistrict litigation ("MDL") proceeding in the United States District Court for the District of Kansas, MDL No. 2591, before U.S. District Judge John W. Lungstrum and U.S. Magistrate Judge James P. O'Hara;

- *Tweet et al v. Syngenta AG et al*, No. 3:16-cv-00255, and *Poletti et al v. Syngenta AG et al*, No. 3:15-cv-01221, pending in the United States District Court for the Southern District of Illinois before U.S. District Judge David. R. Herndon; and

- *In re Syngenta Litigation,* No. 27-cv-15-3785, pending in the Minnesota Fourth Judicial District Court before Judge Laurie Miller.

The above-mentioned courts all appointed Ellen K. Reisman as Special Master for Settlement.

On June 23, 2017, the United States District Court for the District of Kansas entered a judgment following a class jury verdict in favor of Plaintiffs in the Kansas class action. On September 11, 2017, the Minnesota class trial began before Judge Miller. On September 25, 2017, Settlement Counsel for Plaintiffs and Syngenta entered into an agreement on broad terms of settlement, and the jury in the Minnesota class trial was dismissed.

On December 19, 2017, a mandatory settlement conference was held in the United States District Court for the District of Kansas before Judges Lungstrum, Herndon, and Miller. The judges have consulted and agreed that a subsequent mandatory settlement status conference is necessary and appropriate. Accordingly, it is hereby:

**ORDERED** that a subsequent mandatory settlement status conference shall be held on January 25, 2018 at 1:00 p.m., located at the Minnesota Fourth Judicial District, Hennepin County District Court with Judges Miller, Lungstrum, and Herndon presiding. The Courtroom number for this conference is yet to be determined. Attorneys should check the courtroom monitors for the proper courtroom number when they arrive;

**ORDERED** that at this settlement conference Special Master Reisman and the Parties will report to the Court on the progress of finalization of settlement

documentation with respect to the agreement entered into on September 25, 2017; and

**ORDERED** that the following persons shall attend the mandatory settlement status conference in person: Special Master Reisman, Special Master of Discovery in *Tweet* and *Poletti*, Ret. Judge Daniel Stack, Settlement Counsel for Syngenta, all members of the Plaintiffs' Settlement Negotiation Committee (Christopher A. Seeger, of Seeger Weiss LLP; Mikal Watts, of Watts Guerra LLP; Clayton A. Clark, of Clark, Love & Hutson, GP; and Daniel E. Gustafson, of Gustafson Gluek PLLC), and Patrick J. Stueve, of Stueve Siegel Hanson, LLP representing the Multidistrict Litigation Class Co-Lead Counsel.

IT IS SO ORDERED.

Judge Herndon
2018.01.04
15:37:23 -06'00'

United States District Judge