UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

------------------------------------------------------------ X

IN RE SYNGENTA MASS TORT ACTIONS

------------------------------------------------------------            Judge David R. Herndon

**This Document Relates to:**

*Tweet, et. al. v. Syngenta AG, et al.* No. 3:16-cv-00255-DRH

## NOTICE OF FILING

On December 14, 2018, the law firms of PHIPPS ANDERSON DEACON LLP, CLARK LOVE HUTSON GP, and MEYERS & FLOWERS LLC ("Counsel") filed a Joint Response to the Objections of Watts Guerra LLP and Brassford Remele, P.A. to the Report and Recommendation of Special Master Ellen Reisman Regarding Attorneys' Fees, Expenses, and Service Awards (ECF No. 3868) in the *In Re Syngenta AG MIR 162 Corn Litigation*, Case No. 2:14-MD-02591-JWL-JPO, pending in the U.S. District Court for the District of Kansas. A true and correct copy of Counsel's Response is attached hereto as **Exhibit A**. Counsel hereby provides Notice of this filing to this Honorable Court and all counsel of record.

Dated: December 14, 2018              Respectfully submitted,

                                      /s/ Martin J. Phipps
                                      Martin J. Phipps
                                      Texas State Bar No. 00791444
                                      Arkansas State Bar No. 2008108
                                      Barry Deacon
                                      Texas State Bar No. 24096725
                                      Arkansas State Bar No. 75030
                                      **PHIPPS ANDERSON DEACON LLP**
                                      102 9th Street
                                      San Antonio, Texas 78215
                                      Telephone: (210) 340-9877
                                      Facsimile: (210) 340-9899
                                      Email: mphipps@phippsandersondeacon.com
                                              bdeacon@phippsandersondeacon.com

1

        Clayton A. Clark
Texas State Bar No. 04275750
Scott A. Love
Texas State Bar No. 24002495
**CLARK LOVE HUTSON**
440 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 757-1400
Facsimile: (713) 759-1217
Email: CClark@TrialLawFirm.com
      SLove@TrialLawFirm.com

Peter J. Flowers
Illinois State Bar No. 06210847
**MEYERS & FLOWERS LLC**
3 North Second Street, Suite 300
St. Charles, Illinois 60174
Telephone: (630) 232-6333
Facsimile: (630) 845-8982
Email:  pjf@meyers-flowers.com

## CERTIFICATE OF SERVICE

I hereby certify that on December14, 2018 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

        */s/ Martin J. Phipps*